

Adam K. Grant
Ext. 467
agrant@westermanllp.com

November 7, 2025

Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   UMB Bank, N.A. v. JetOneX LLC, et al. – Case No. 25-CV-02511

Dear Judge Polk Failla,

    We represent Defendants in the above-captioned action. Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, we respectfully request a brief adjournment of the Pretrial Conference currently scheduled for November 12, 2025, at 11:00 A.M. No previous request for an adjournment has been made, and counsel for Plaintiff consents to the adjournment. The requested adjournment will not affect any other scheduled dates. The requested adjournment is necessitated by the fact that counsel for Defendants is not available at the scheduled time.

    I have conferred with opposing counsel and propose the following dates and times to hold the Pretrial Conference:  November 13, 2025 (after 2 P.M.) and November 14, 2025 (after 2 P.M.).

    We greatly appreciate Your Honor's consideration of this request.

Respectfully,

*Adam K. Grant*

Adam K. Grant

Application GRANTED.

The conference currently scheduled for November 12, 2025, is hereby ADJOURNED to **November 19, 2025**, at **11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Defendants' response to Plaintiff's letter requesting a pre-motion conference in anticipation of filing a motion for summary judgment is now due on or before **November 13, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 43.

Dated:      November 10, 2025           SO ORDERED.
            New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE