**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**

Jeffrey A. Miller
Ext. 402
jmiller@westermanllp.com

March 11, 2026

Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:    UMB Bank, N.A. v. JetOneX LLC, et al. – Case No. 25-CV-02511

Dear Judge Polk Failla,

We represent the Defendants in the above-captioned action. Defendants respectfully submit this letter pursuant to Your Honor's Individual Rules of Practice in Civil Cases to request an additional two-week extension of the deadline to file their opposition to Plaintiff's motion for summary judgment (the "Summary Judgment Motion") and a concurrent extension for Plaintiff to file its reply papers. Plaintiff does not object to this request. This is the third request for an adjournment of these dates.

By Minute Order dated November 19, 2025, Your Honor set the following summary judgment briefing schedule in the event motion practice proceeded: (i) motion due January 9, 2026; (ii) opposition brief due February 13, 2026; and (iii) reply brief due February 27, 2026. Plaintiff filed the Summary Judgment Motion on January 9, 2026. On February 11, 2026, Defendants requested, and Plaintiff did not object to, a two-week extension of those deadlines. The Court approved that request on February 12, 2026. On February 25, 2026, Defendants requested, and Plaintiff did not object to, a two-week extension of those deadlines. The Court approved that request on February 26, 2026.

As noted in Defendants' February 11 letter to the Court, the parties are continuing to work towards a settlement. The need for additional time arises because reaching a settlement is not merely a matter of the Plaintiff and Defendants agreeing upon terms, but also requires the involvement of potential third-party purchasers of the secured assets. Given the foregoing, Defendants respectfully submit that a further brief adjournment of the opposition and reply deadlines will facilitate that resolution and conserve the resources of both the parties and the Court.

Accordingly, attached is a Proposed Revised Scheduling Order adjourning the deadline for Defendants' opposition papers to Friday, March 27, 2026, and adjourning the deadline for Plaintiff's reply papers to Friday, April 10, 2026.

Hon. Katherine Polk Failla
March 11, 2026
Page 2

The parties appreciate Your Honor's consideration of this request.

Respectfully,

*Jeffrey A. Miller*

Jeffrey A. Miller

Application GRANTED.

Defendants' opposition is now due on or before **March 27, 2026,** and Plaintiff's reply is now due on or before **April 10, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 57.

Dated:    March 12, 2026        SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE