**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UMB BANK, N.A., not in its individual capacity but solely as Security Trustee<br><br>Plaintiff,<br><br>-against-<br><br>JETONEX LLC, VQBWL LIMITED, VQBWM LIMITED, VQBZV LIMITED, JOX 28551 LLC, VQBWS LIMITED, and VQBWT LIMITED,<br><br>Defendants. | Case No. 25-cv-02511 (KPF) |

**STIPULATED JUDGMENT**

Plaintiff UMB Bank, N.A., not in its individual capacity but solely as Security Trustee ("Security Trustee"), by its attorneys, Vedder Price, P.C., and defendants JetOneX LLC, VQBWL Limited, VQBWM Limited, VQBZV Limited, JOX 28551 LLC, VQBWS Limited, and VQBWT Limited (collectively, "Defendants"), by their attorneys, Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, submit this Stipulated Judgment (the "Judgment") for entry by the Court, and the Court having reviewed the Judgment and determined that there exists no just reason for delay:

**NOW**, upon the stipulation of Security Trustee and Defendants, and Defendants having consented to the relief set forth herein:

**IT IS HEREBY STIPULATED AS FOLLOWS:**

1. Judgment is hereby entered in favor of Security Trustee, a national banking association with offices across the country that maintains its principal place of business in Kansas City, Missouri, and against defendants (a) VQBWS Limited, a company organized under the laws of Bermuda with an office and principal place of business in Pembroke, Bermuda; and

(b) VQBWT Limited, a company organized under the laws of Bermuda with an office and principal place of business in Pembroke, Bermuda, for breach of that certain Loan Agreement, dated as of October 30, 2020, on Count II of the Complaint asserted by Security Trustee.

2. Judgment is hereby entered in favor of Security Trustee and against defendant JetOneX LLC, a limited liability company formed pursuant to the laws of the State of Delaware with an office and principal place of business in Sunny Isles Beach, Florida, for breach of that certain Guaranty dated as of October 30, 2020, on Count IV of the Complaint asserted by Security Trustee.

3. Judgment is hereby entered in favor of Security Trustee and against defendants VQBWS Limited and VQBWT Limited, for foreclosure of (a) two (2) Boeing model 747-400 aircraft bearing Manufacturer's Serial Numbers 24975 and 27503, and (b) associated certain Pratt & Whitney PW 4056-3 and Rolls-Royce RB211-524G2-19/11 aircraft engines bearing Manufacturer's Serial Numbers 13023, 13054, 13212, 13327, 13355, 724461, 724476, 727305, and 727729, on Count VI of the Complaint asserted by Security Trustee.

4. Judgment is hereby entered in favor of Security Trustee and against defendant JetOneX LLC, for foreclosure of three Pratt & Whitney PW 4056-3 and Rolls-Royce RB211-524G2-19/11 aircraft engines bearing engine manufacturer's serial numbers 727491, 727641, and 13031, on Count VI of the Complaint asserted by the Security Trustee.

5. Damages are awarded in favor of Security Trustee, and against VQBWS Limited, VQBWT Limited, and JetOneX LLC jointly and severally, in the amount of Thirty Six Million Fifty One Thousand Nine Hundred Forty Two Dollars ($36,051,942.00), plus post-judgment interest calculated pursuant to 28 U.S.C. § 1961.

6. Counts I, III, V, and VII of Security Trustee's Complaint are dismissed with prejudice.

7. The automatic stay of execution and enforcement of this Judgment imposed by Rule 62(a) of the Federal Rules of Civil Procedure is dissolved in this Court's discretion under said rule.

8. This Judgment finally disposes of all claims as between Security Trustee and Defendants and is a final, appealable judgment.

**AGREED AS TO FORM AND SUBSTANCE:**

Dated: ~~September~~ 30, 2026
October

VEDDER PRICE P.C.

By: [signature]
Daniel C. Green
Elvira Razzano
1633 Broadway, 31st Floor
New York, New York 10019
(212) 407-7700
dgreen@vedder.com
erazzano@vedder.com

William W. Thorsness
(admitted *pro hac vice*)
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609-7500
wthorsness@vedder.com

*Attorneys for Plaintiff UMB Bank, N.A., not in its individual capacity but solely as Security Trustee*

WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP

By: *Adam K. Grant*
Jeffrey A. Miller
Adam K. Grant
1201 RXR Plaza
Uniondale, New York 11566
(516) 622-9200
jmiller@westermanllp.com
agrant@westermanllp.com

*Attorneys for Defendants JetOneX LLC, VQBWL Limited, VQBWM Limited, VQBZV Limited, JOX 28551 LLC, VQBWS Limited, and VQBWT Limited*

Dated: November 2, 2026
New York, New York

SO ORDERED.

[signature: Katherine Polk Failla]

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE